PRECEDENTIAL
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3472
_____

RODNEY COLLINS,
                              Appellant

v.

SECRETARY OF THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS; MICHAEL WENEROWICZ;
DISTRICT ATTORNEY OF THE COUNTY OF
PHILADELPHIA; ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 10-cv-5950)
District Judge:  Hon. Anita B. Brody
_____

Argued
October 17, 2013

Before:  RENDELL, JORDAN and LIPEZ*, *Circuit Judges.*

(Filed: February 10, 2114 )
_____

Kimberly M. Dolan   [ARGUED]
Regional Housing Legal Services
2 S. Easton Road
Glenside, PA  19038
     *Counsel for Appellant*

Molly S. Lorber   [ARGUED]
Philadelphia County Office of District  Attorney
3 South Penn Square
Philadelphia, PA   19107
     *Counsel for Appellees*
_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the above captioned opinion,
filed January 31, 2014, be amended as follows:

_____

* Honorable Kermit V. Lipez, United States Court of
Appeals Senior Judge for the First Circuit, sitting by
designation.

2

The middle of Page 30, the line beginning "ineffectiveness assistance",  "ineffectiveness" shall be changed to "ineffective".

                         s/   Kent A. Jordan
                         Circuit Judge

DATED: February 10, 2014